**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-7714**

_____

COLEMAN A. STIGALL, III,

Plaintiff - Appellant,

versus

LEVESTER THOMPSON, Physician, Nottoway
Correctional Center; NASEER MOBASHAR, Doctor,
Buckingham Correctional Center,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District
Judge.  (CA-02-1281-7)

_____

Submitted:  March 31, 2004          Decided:  April 12, 2004

_____

Before WILLIAMS, MOTZ, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Coleman A. Stigall, III, Appellant Pro Se.  Edward Joseph McNelis,
III, John David McChesney, RAWLS & MCNELIS, P.C., Richmond,
Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Coleman A. Stigall, III, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Stigall v. Thompson, No. CA-02-1281-7 (W.D. Va. Sept. 30, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED